AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Northern District of West Virginia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRENDA SUE WHITE | |

Case No. 2:04CR00008-001

USM No. 04695-087

Harry A. Smith, III
_____
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) · 1,2, 3 and 4 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition 1: The defendant shall not commit another federal, state, or local crime. | 04/17/2009 |
| 2 | Mandatory Condition 2: The defendant shall not illegally | 04/17/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __5__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8788

Defendant's Year of Birth: 1958

City and State of Defendant's Residence:
Beverly, WV

05/14/2009
Date of Imposition of Judgment

_[signature]_
Signature of Judge

John Preston Bailey, Chief US Dist Judge
Name and Title of Judge

5-14-09
Date

DEFENDANT: BRENDA SUE WHITE
CASE NUMBER: 2:04CR00008-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 continued | possess a controlled substance | |
| 3 | Standard Condition 1: The defendant shall not leave the judicial district without the permission of the court or probation officer | 04/17/2009 |
| 4 | Standard Condition 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as provided by a physician | 04/17/2009 |

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: BRENDA SUE WHITE
CASE NUMBER: 2:04CR00008-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends that the Defendant receive credit for time served since April 17, 2009.
2. The Court recommends that the Defendant be designated to FPC Alderson.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL